Marie Flores
1632 W
Fresno, Ca 93711

FILED
JUN 22 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| Marie Flores,<br>    Plaintiff;<br><br>v.<br><br>Steven Mnuchin,<br>Secretary,<br>Department of Treasury,<br>    Defendant. | CASE NUMBER WILL BE ASSIGNED AT TIME OF FILING<br><br>1:17-CV-00834 AWI EPG<br><br>COMPLAINT |

**COMPLAINT**

COMES NOW Plaintiff, Marie Flores, and hereby files this Complaint for Damages against Steven Mnuchin, Secretary of the Department of Treasury (hereinafter "Agency" or "Defendant"), and states as follows:

**JURISDICTION**

1.

Plaintiff brings this action for race discrimination and retaliation under Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C. § 2000(e) et seq. ("Title VII"). Plaintiff seeks declaratory, individual and systematic injunctive relief; actual and compensatory damages; attorney's fees; and costs of litigation for said discrimination, and retaliation.

//

//

1                                           2.

2          This Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331

3 over Count I of this Complaint, which arises out of Title VII or the Civil Rights

4 Act of 1964 as amended, 42 U.S.C. § 2000(e) et seq.

5                                           3.

6          This Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331

7 over Count II of this Complaint, which arises out of Title VII or the Civil Rights

8 Act of 1964 as amended, 42 U.S.C. § 2000(e) et seq.

9                                           4.

10         Plaintiff made timely initial contact with an EEO counselor on November

11 17, 2010.

12                                            5.

13         Plaintiff filed a Formal Complaint of Discrimination in EEOC case number

14 480-2011-00537X on December 28, 2010.

15                                           7.

16         Plaintiff timely requested a hearing in this matter before an Administrative

17 Judge at the EEOC.

18 //

19 //

8.

The EEOC dismissed the case on April 11, 2014 and the Agency issued its Final Decision on April 18, 2014.

9.

Plaintiff timely filed an appeal with the Office of Federal Operations ("OFO), which upheld the Final Agency Decision on October 19, 2016.

10.

Plaintiff requested reconsideration of the OFO decision, which was upheld on March 29, 2017. A copy of that Decision is attached as Exhibit 1.

**PARTIES**

11.

Plaintiff is a resident of the State of California, Fresno County, and is a former employee of the Internal Revenue Service, in Fresno, California.

12.

Defendant, Steven Mnuchin, is the Secretary of the Department of Treasury. He may be served process through the Attorney General of the United States, the United States Attorney's Office for the Eastern District of California, and the Department of Transportation.

13.

Defendant is subject to the requirements of Title VII.

1  14.

2  Venue lies in the Eastern District of California under 28 U.S.C. §1391(b),
3  and this case resides in the Fresno Division of this Court.

4  15.

5  All of the acts, omissions and events complained of herein took place within
6  the Eastern District of California.

7  **FACTUAL BACKGROUND**

8  16.

9  Plaintiff's gender is female.

10  17.

11  At all times relevant to this case Plaintiff was employed as a GS-0962-08
12  Contract service Representative (CSR) at the Agency's wage & Investment Service
13  Center in Fresno, California.

14  18.

15  Plaintiff's first level supervisor in 2010 was Larry Flores (no relation).

16  19.

17  Plaintiff's second level supervisors in 2010 were Iris Matsuno-Justesen and
18  Jacie Smith.

19  20.

20  On December 7, 2010, Plaintiff was in a meeting and her supervisor

1 physically barred her exit. Plaintiff's supervisor was angry, his face was red, and
2 he was pointing his finger at Plaintiff. He stood in front of the door and could not
3 leave. Plaintiff called out to a bystander, Palmira Soto, to open the door.

4                                          22.

5       On November 23, 2010, Plaintiff's supervisor singled Plaintiff out in a unit
6 meeting by yelling aggressively at her.

7                                          23.

8       None of Plaintiff's male co-workers were subjected to similar treatment.

9                                          24.

10      On November 3, 2010, Plaintiff's supervisor divulged Plaintiff's private
11 medical Information to another employee.

12                                         25.

13      None of Plaintiff's male co-workers were subjected to similar treatment.

14                                         26.

15      On or about October 21, 2010, Plaintiff's supervisor gave Plaintiff a lowered
16 performance review for the period January 1, 2010 through September 30, 2010.

17                                         27.

18      Beginning in January, 2010, Plaintiff's supervisor monitored Plaintiff's
19 lunch breaks.

20 //

28.

None of Plaintiff's male co-workers were subjected to similar treatment.

29.

Plaintiff's supervisor belittled Plaintiff with comments such as, "you're just like my wife-you can't make up your mind."

30.

None of Plaintiff's male co-workers were subjected to similar treatment.

## CLAIMS FOR RELIEF

### COUNT I: Violation of 42 U.S.C. §§2000(e) et seq.
### Title VII-Gender Discrimination

31.

Plaintiff incorporates by reference paragraphs 1-30 of her Complaint as if fully set forth herein.

32.

Plaintiff is a member of a protected class as a female.

22.

The conduct of Defendant outlined in paragraphs 1-30 constitute impermissible discrimination against Plaintiff.

23.

The legitimate business reasons provided by the Agency are without merit.

//

1                                     24.

2      The Agency's actions described in paragraphs 1-30 provide evidence of

3  pretext.

**COUNT II: Violation of 42 U.S.C.§2000(e) et seq.**
**Title VII-Retaliation**

7                                     25.

8      Plaintiff incorporates by reference paragraphs 1-24 of her Complaint as if

9  fully set forth herein.

10                                    26.

11     Plaintiff engaged in protected conduct as outlined in paragraphs 1-24.

12                                    27.

13     The conduct of Defendant outlined in paragraphs 1-24 constitutes retaliation

14 against Plaintiff.

15                                    28.

16     The legitimate business reason provided by the Agency is without merit.

17                                    29.

18     The Agency's actions described in paragraphs 1-88 provide evidence of

19 pretext.

20                                **DAMAGES**

21                                    30.

22     Plaintiff incorporates by reference paragraphs 1-31 of his Complaint as if

1  fully set forth herein.

2                                       31.

3  As a result of Defendant's actions, Plaintiff is entitled to actual and
4  compensatory damages.

5                                       32.

6  As a result of Defendant's actions, Plaintiff is entitled to be reimbursed her
7  attorney fees and costs of litigation.

## **PRAYER FOR RELIEF**

9  WHEREFORE, Plaintiff prays that this Honorable Court grant the following
10 relief:

11 A. For a trial by jury;

12 B. For a finding that Defendant violated Plaintiff's rights as set forth herein;

13 C. For a judgment in Plaintiff's favor for reimbursement of lost wages,
14    compensatory damages, attorney fees, and costs in accordance with Title
15    VII; and

16 D. Any such other and further relief as this Court deems proper and just.

17 //

18

1   Respectfully submitted this 22 day of June, 2017.

2   _____
3                    Marie Flores
4                    *Pro se*